# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0297.  AUSTIN JERMAINE MCINTYRE v. THE STATE.**

In this application for discretionary appeal, Austin McIntyre seeks review of the trial court's order denying his motion for new trial in his criminal case. The application materials indicate that McIntyre was convicted of felony murder. Jurisdiction over this application, therefore, lies in the Supreme Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/28/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.